```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )
                             )
          Plaintiff          )         1:03-cr-5418 OWW
                             )
     v.                      )
                             )
CARLITO VELASCO,             )
                             )
          Defendant          )         ORDER FOR RELEASE
_____)
```

It is hereby ordered that the above named defendant be released from the custody of the United States Marshal upon the previously imposed terms and conditions.

Dated: June 20, 2005                    /s/ OLIVER W. WANGER
                                        _____
                                        OLIVER W. WANGER
                                        United States District Judge

1